PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER *(Tran. Court)*
3:18-CR-00638-S(02)

DOCKET NUMBER *(Rec. Court)*
2:26-cr-00050-CDS-NJK-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Maurice Thompson** | Northern District of Texas | Dallas Division |

☑ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

APR 14 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY:_____AMMi_____DEPUTY

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Karen Gren Scholer |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 01/22/2026 | 01/21/2029 |

OFFENSE
Counts 1s and 2s: 18 U.S.C. § 1952(a)(3) and (A) - Use of a Facility of Interstate Commerce in Aid of a Racketeering Enterprise, a Class D felony.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
On January 22, 2026, Maurice Thompson commenced his term of supervised release in the District of Nevada and has no plans of returning to the Northern District of Texas. Therefore, the District of Nevada is requesting a Transfer of Jurisdiction to better address future needs more efficiently.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___Texas___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of Texas___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___April 13, 2026___
*Date*

*Karen Gren Scholer*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___April 15, 2026___
*Effective Date*

*Cristina D. Silva, United States District Judge*